# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

161631

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 161631
COA: 352710
Lenawee CC: 18-018865-FH

SETH PATRICK DECK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Davis* (Docket No. 160775) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



s0323

Clerk